UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) No.
)
v. )
)
) **4:23-cr-00513 HEA/SPM**
DENNIS LATOUR, )
)
Defendant. )

**SUPPRESSED**
FILED

SEP **27** 2023

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS**

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about March 1, 2023 to September 26, 2023, in St. Louis County, within the

Eastern District of Missouri,

**DENNIS LATOUR,**

the Defendant herein, knowingly possessed one or more firearms, knowing he had previously been

convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding

one year, and the firearms previously traveled in interstate or foreign commerce during or prior to

being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.      Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United

States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States

Code, Section 922(g) as set forth above, the defendant shall forfeit to the United States of America

any firearm or ammunition involved in or used in said violation(s).

2. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____

FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____

JENNIFER SZCZUCINSKI, #56906(MO)
Assistant United States Attorney